# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Dimension D, LLC,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. ~~CV06-~~ 2:06CV113-SRW |
| **Biomass Resources, Inc., et al** | ) ) ) |
| Defendants. | ) |

## CONSENT TO REMOVAL

Defendants Greg True, The Sunbury Group, Inc., The Virtual Chip Doctor, and Fiber M Technologies, by and through their undersigned counsel, hereby consent to the removal of this case to the U.S. District Court for the Middle District of Alabama.

_____
David W. Proctor (PRO012)
Max A. Moseley (MOS029)
Attorneys for Defendants
Greg True, The Sunbury Group, Inc., The
Virtual Chip Doctor, and Fiber M
Technologies

JOHNSTON BARTON PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone:    (205) 458-9400
Facsimile:    (205) 458-9500
E-mail:       dwp@jbpp.com
              mam@jbpp.com

OF COUNSEL