# EXHIBIT C



Haskell Slaughter Young & Rediker, LLC

1400 Park Place Tower

2001 Park Place North

Birmingham, Alabama 35203

t. 205.251.1000  |  f. 205.324.1133

August 20, 2004

**VIA CERTIFIED MAIL**
Greg True, President
Biomass Resources, Inc.
35 Center Street
Wolfeboro  NH 03896

    Re:    Dimension "D," L.L.C.
             HSYR File: 14064-001

Mr. Greg True
August 20, 2004
Page 2

1. Biomass immediately ceases use of the proprietary algorithm and any derivative of the algorithm (referred to as the "Dimension"D" Intellectual Property"). This includes permanent removal from all computers, servers, and the like of the Dimension "D" Intellectual Property.

2. Biomass immediately notify all of its customers, affiliates, joint venturers (including but not limited to the Sunbury Group, Inc.), agents, representatives, employees, and others to immediately cease use of the Dimension "D" Intellectual Property.

3. Biomass produce to me within 14 days all records relating to all sales made through the TVCD website for the period January 1, 2003 through August 15, 2004.

4. Biomass produce to me within 14 days all records relating to all sales to the following customers which were made between January 1, 2003 and August 15, 2004:

    a. Smurfit-Stone Container Corporation (all accounts and all locations)
    b. Kruger
    c. Bowater
    d. PCA Mill, PCA Forest Resources, and PCA Lumber
    e. Nexfor
    f. Gulf States
    g. JD Irving
    h. Alabama River
    i. Any other customer which was shown, given access to, or allowed to use in any way the Dimension "D" Intellectual Property.

5. Biomass pay to Dimension "D," in care of the Haskell Slaughter Young & Rediker, LLC Trust Account, all outstanding sums owed by Biomass to Dimension "D" pursuant to its agreements with Dimension "D" (including but not limited to, 8 percent of all gross sales from the TVCD website and all billings for subwork performed by Dimension "D")

6. A listing of all customers (identifying them by name, address, contact person, and telephone number) who have current subscriptions to the TVCD website or who have subscribed to the TVCD website at any time between January 1, 2003 and August 15, 2004.

7. Copies of all invoices sent to customers listed in response to Item 6 for the period of time January 1, 2003 through August 15, 2004.