IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB -6  P 4: 14

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Dimension D, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV113-SRW |
| | ) |
| Biomass Resources, Inc., et al. | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF REMOVAL

Defendant Biomass Resources, Inc., et al. hereby certifies that on this the 6th day of February 2006, the above-styled action was removed to this Court, and that on this same date a copy of the Notice of Removal was forwarded to the Clerk of the Circuit Court for Autauga County, Alabama, for filing therein.

Date: February 6, 2006.

_____
David W. Proctor (PRO012))
Max A. Moseley (MOS029)

One of the Attorneys for Defendants
Biomass Resources, Inc.

JOHNSTON BARTON PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone:  (205) 458-9400
Facsimile:  (205) 458-9500
E-mail:     dwp@jbpp.com
            mam@jbpp.com

OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing Certificate of Removal upon all counsel of record by placing a copy of same in the United States mail, properly addressed and postage prepaid, to the following on this the 6th day of February 2006:

R. Lane Finch, Jr.
Jamie A. Johnston
Reginald L. Jeter
Haskell Slaughter Young & Rediker, L.L.C.
1400 Park Place Tower
2001 Park Place
Birmingham, Alabama 35203-2618

_____
Of Counsel

W0541240.DOC

2