IN THE CIRCUIT COURT OF AUTAUGA COUNTY, ALABAMA

| | |
|---|---|
| **Dimension D, LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-05-409-F |
| | ) |
| **Biomass Resources, Inc., et al** | ) |
| | ) |
| Defendants. | ) |

RECEIVED
2006 FEB -6  P 4: 14
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## NOTICE OF FILING NOTICE OF REMOVAL

TO:   Whit Moncrief, Clerk
       Autauga County Circuit Court
       Autauga County Courthouse
       134 North Court Street, Room 114
       Prattville, AL 36067

Please take notice that on this the 6th day of February 2006, the above-styled action was removed by defendant Biomass Resources, Inc. et al., to the United States District Court for the Middle District of Alabama, Northern Division, by filing of a Notice of Removal in said court. A true and correct copy of the Notice of Removal (without exhibits) is attached hereto as Exhibit A.

Date: February 6, 2006.

_____
David W. Proctor (PRO012)
Max A. Moseley (MOS029)

One of the Attorneys for Defendant
Biomass Resources, Inc.

JOHNSTON BARTON PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone:    (205) 458-9400
Facsimile:    (205) 458-9500
E-mail:       dwp@jbpp.com
              mam@jbpp.com

                OF COUNSEL

**CERTIFICATE OF SERVICE**

     I hereby certify that I have served the foregoing Notice of Filing Notice of Removal upon the following counsel of record by placing a copy of same in the United States mail, properly addressed and postage prepaid, to the following on this the 6th day of February 2006:

> R. Lane Finch, Jr.
> Jamie A. Johnston
> Reginald L. Jeter
> Haskell Slaughter Young & Rediker, L.L.C.
> 1400 Park Place Tower
> 2001 Park Place
> Birmingham, Alabama 35203-2618

/s/ _____
Of Counsel