IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Dimension D, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. ~~_____~~ |
| | ) |
| **Biomass Resources, Inc., et al.** | ) 2:06 CV 113-SRW |
| | ) |
| **Defendants.** | ) |

RECEIVED
2006 FEB -6  P 4: 14
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CORPORATE DISCLOSURE STATEMENT BY BIOMASS RESOURCES, INC. et al.

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Biomass Resources, Inc., et al. ("Biomass") makes the following disclosures:

1) Biomass does not have a parent corporation.

2) No publicly held corporation owns more than ten percent of Biomass' common stock.

Date: February 6, 2006.

_____
David W. Proctor (PRO012)
Max A. Moseley (MOS029)

One of the Attorneys for Defendants
Biomass Resources, Inc.

JOHNSTON BARTON PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone:   (205) 458-9400
Facsimile:   (205) 458-9500
E-mail:      dwp@jbpp.com
             mam@jbpp.com

OF COUNSEL

1

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing Corporate Disclosure Statement by Biomass Resources, Inc. et al. upon all counsel of record by placing a copy of same in the United States mail, properly addressed and postage paid, to the following on this the 6th day of February 2006:

>R. Lane Finch, Jr.
>Jamie A. Johnston
>Reginald L. Jeter
>Haskell Slaughter Young & Rediker, L.L.C.
>1400 Park Place Tower
>2001 Park Place
>Birmingham, Alabama 35203-2618

/s/ _____
Of Counsel