# EXHIBIT A

# Orr&Reno

**Professional Association**

One Eagle Square, P.O. Box 3550, Concord, NH 03302-3550
Telephone 603-224-2381 • Facsimile 603-224-2318
www.orr-reno.com

Dudley W. Orr
(1907-2002)
Robert H. Reno
(1917-1998)
Charles H. Toll, Jr.
(1916-1989)
Malcolm McLane
(Retired)

Ronald L. Snow
Charles F. Leahy
Mary Susan Leahy
William L. Chapman
George W. Roussos
Howard M. Moffett
James E. Morris
John A. Malmberg
Martha Van Oot
Douglas L. Patch
Connie L. Rakowsky
Jill K. Blackmer
James P. Bassett
Emily Gray Rice
Ann Meissner Flood
Charles A. Szypszak
Steven L. Winer
Peter F. Burger
Lisa Snow Wade
Jennifer A. Eber
Marcia Hennelly Moran
Roy S. McCandless
Virginia Symmes Sheehan
Laura E. Tobin
Pamela E. Phelan
Judith A. Fairclough
Connie Boyles Lane
Jeffrey C. Spear
James F. Laboe
Melissa C. Guldbrandsen
Maria M. Proulx

November 4, 2004

**Via Facsimile & First Class Mail**

F. Lane Finch, Jr., Esquire
Haskell Slaughter Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

     *Re:*   *Biomass Resources, Inc.*

Dear Mr. Finch:

    I am writing in response to your August 20, 2004 correspondence to my client, Mr. Gregory True, President of Biomass Resources, Inc. ("BRI"). The following information is being shared with you FOR SETTLEMENT PURPOSES ONLY and shall not be used in any future proceeding or otherwise used against BRI or any of its affiliates.

F. Lane Finch, Esq.
November 4, 2004
Page 2

At best, he contributed ideas that are not entitled to copyright protection.

F. Lane Finch, Esq.
November 4, 2004
Page 3

Please give me a call at your earliest convenience to discuss a possible resolution of this matter.  Thank you for your consideration.

Sincerely,

James F. Laboe

cc:    Gregory True, President

# Orr&Reno
### *Professional Association*

One Eagle Square, P.O. Box 3550, Concord, NH 03302-3550
Telephone 603-224-2381 • Facsimile 603-224-2318
www.orr-reno.com

Malcolm McLane
(Retired)

Ronald L. Snow
Charles F. Leahy
Mary Susan Leahy
William L. Chapman
George W. Roussos
Howard M. Moffett
James E. Morris
John A. Malmberg
Martha Van Oot
Douglas L. Patch
Connie L. Rakowsky
Jill K. Blackmer
James P. Bassett
Emily Gray Rice
Charles A. Szypszak
Steven L. Winer
Peter F. Burger
Lisa Snow Wade
Jennifer A. Eber
Roy S. McCandless
Pamela E. Phelan
Connie Boyles Lane
Jeffrey C. Spear
James F. Laboe
Maria M. Proulx
Michael R. Rizzo

Judith A. Fairclough
(Of Counsel)
Susan S. Geiger
(Of Counsel)

March 10, 2005

F. Lane Finch, Jr., Esquire
Haskell Slaughter Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama  35203

   Re:   *Biomass Resources, Inc.*

Dear Mr. Finch:

   I am writing in response to your letter dated January 14, 2005 and our telephone conference from yesterday.  The following is being shared with you for settlement purposes only and shall not be used for any other purposes.

F. Lane Finch Letter
March 10, 2005
Page 2

       The modified algorithm at issue is simply a spreadsheet created by multiple parties (Gaither, True, Sunbury, BRI client) that contains "ideas" which, standing alone, are not entitled to copyright protection.

F. Lane Finch Letter
March 10, 2005
Page 3

I look forward to your response.

Sincerely,

James F. Laboe

Enclosure
cc:    Gregory True, President

384525