IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR 14 A 9: 24

| | | |
|---|---|---|
| Dimension D, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Greg True, Biomass Resources, Inc., The Sunbury Group, Inc., The Virtual Chip Doctor, Fiber M Technologies, Inc., and Fictitious Defendants A, B, C, D, and E, being those individuals or entities which discovery may reveal to be obligated for the services furnished by the plaintiff or to be in some other way liable for those matters asserted in the complaint, | ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.  2006-CV-113 |
| Defendants. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

3/13/06
Date

[signature]
Signature

Dimension D, LLC
Counsel For (print name of all parties)

2001 Park Place North, Suite 1400
Birmingham, Alabama 35203
Address, City, State Zip Code

205-251-1000
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101