### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **Dimension D, LLC,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. CV-06-113 |
| **Biomass Resources, Inc., et al** | ) |
| **Defendants.** | ) |

## NOTICE OF FILING AFFIDAVIT

Biomass Resources, Inc., appears specially for the limited purpose of asserting that this Court lacks personal jurisdiction over the defendants Biomass Resources, Inc. et al. and files the Affidavit of Gregory R. True, attached hereto as Exhibit A, in support of its Motion To Dismiss for Lack of Personal Jurisdiction and in support of its Notice of Removal which was filed on February 6, 2006.

Nothing in this filing or previous filings should be construed as submission by Biomass Resources, Inc., Greg True, The Sunbury Group, Inc., Fiber M Technologies, or the Virtual Chip Doctor ("Defendants") to the jurisdiction of this Court, and Defendants expressly deny that this Court has personal jurisdiction over Defendants.

/s/ Max A. Moseley
David W. Proctor
Max A. Moseley
Attorneys for Defendant
Biomass Resources, Inc.

JOHNSTON BARTON PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone:    (205) 458-9400
Facsimile:    (205) 458-9500
E-mail:       dwp@jbpp.com
              mam@jbpp.com

OF COUNSEL

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have on this 15th day of March, 2006, served the above and foregoing by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on the following:

R. Lane Finch, Jr.
Jamie A. Johnston
Reginald L. Jeter
Haskell Slaughter Young & Rediker, L.L.C.
1400 Park Place Tower
2001 Park Place
Birmingham, Alabama 35203-2618

                                                      /s/ Max A. Moseley
                                                      Of Counsel