# EXHIBIT A



**Haskell | Slaughter**
attorneys at law

F. Lane Finch, Jr.
Direct Dial: 205.254.1437
flf@hsy.com

Haskell Slaughter Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
t. 205.251.1000 | f. 205.324.1133

August 16, 2005

**VIA FACSIMILE**
James F. Laboe
Orr & Reno
P.O. Box 3550
Concord, NH 03302

    Re:   *Dimension "D," L.L.C. v. Biomass Resources, Sunbury Software, et al.*
            HS File: 14064-001

Dear Jim:



Alternatively, Mr. Gaither will accept a lump sum of $42,500.

Please discuss this with your client and let me know if it is acceptable to him.

Sincerely,

F. Lane Finch, Jr.

FLF/rwb/432913
cc:   Shane Gaither

# EXHIBIT B

# Orr&Reno
*Professional Association*

One Eagle Square, P.O. Box 3550, Concord, NH 03302-3550
Telephone 603-224-2381 • Facsimile 603-224-2318
www.orr-reno.com

Malcolm McLane
(Retired)

Ronald L. Snow
Charles F. Leahy
Mary Susan Leahy
William L. Chapman
George W. Roussos
Howard M. Moffett
James E. Morris
John A. Malmberg
Martha Van Oot
Douglas L. Patch
Connie L. Rakowsky
Jill K. Blackmer
James P. Bassett
Emily Gray Rice
Charles A. Szypszak
Steven L. Winer
Peter F. Burger
Lisa Snow Wade
Jennifer A. Eber
Roy S. McCandless
Pamela E. Phelan
Connie Boyles Lane
Jeffrey C. Spear
James F. Laboe
Maria M. Proulx
Michael R. Rizzo

Judith A. Fairclough
(Of Counsel)
Susan S. Geiger
(Of Counsel)

March 10, 2005

F. Lane Finch, Jr., Esquire
Haskell Slaughter Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama  35203

   ***Re: Biomass Resources, Inc.***

Dear Mr. Finch:



F. Lane Finch Letter
March 10, 2005
Page 2



... The modified algorithm at issue is simply a spreadsheet created by multiple parties (Gaither, True, Sunbury, BRI client) that contains "ideas" which, standing alone, are not entitled to copyright protection. Aside from the cases I cited in my previous correspondence, I attach (as Exhibit 3) "Circular 31" published by the U.S. Copyright Office which clearly states that **algorithms** are not subject to copyright protection. ...

... parties.

...

F. Lane Finch Letter
March 10, 2005
Page 3



Sincerely,

James F. Laboe

Enclosure
cc:   Gregory True, President

384525