IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DIMENSION D, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BIOMASS RESOURCES, INC., et al. )<br>)<br>Defendants. )<br>)<br>)<br>)<br>) | Civil Action No.:<br><br>06-CV-113 |

---
### REPORT OF THE PARTIES' PLANNING MEETING
---

1.  <u>Appearances</u>. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on March 28, 2006, at the office of Johnston Barton Proctor & Powell, LLP, and was attended by: F. Lane Finch, Jr. and Reginald L. Jeter for the Plaintiff Dimension D, LLC and Max A. Moseley for Defendants, Greg True, Biomass Resources, Inc., The Sunbury Group, Inc., Fiber M. Technologies and The Virtual Chip Doctor ("Defendants").

2.  <u>Pre-Discovery Disclosures</u>. The parties will exchange by April 28, 2006, the information required by Local Rule 26.1(a)(1).

3.  <u>Discovery Plan</u>. The parties jointly propose to the Court the following discovery plan:

    A.  All discovery must be commenced in time to be completed by November 30, 2006.

    B.  There will be a maximum of 45 interrogatories by each party to any other party. The responses will be due 30 days after service.

  C. The parties agree that no more than 10 depositions may be taken by a party without leave of court or agreement of the parties, with a maximum time of five hours per deposition.

  D. Rule 26(a)(2)(B) reports from all retained experts other than those retained solely on the subject damages (e.g. economists, medical expense and life care experts, and vocational experts) will be due from the Plaintiff by September 15, 2003, and from Defendants by October 15, 2006.

  E. Rule 26(a)(2)(B) reports from all experts retained solely on the subject damages (e.g. economists, medical expense and life care experts, and vocational experts) will be due from the Plaintiff by January 15, 2007, and from Defendants by February 15, 2007.

  F. All retained experts shall be made available for deposition in Birmingham, Alabama, within two weeks of the date on which their report is due under the preceding subparagraphs.

  G. Supplementation of the core disclosures under Rule 26(e) will be due 30 days after the date the party learns that the information previously provided is incomplete or incorrect and not later than 45 prior to the discovery cut-off established by the parties, subject to good cause being shown.

4. <u>Other Items</u>.

  A. <u>Scheduling Conference</u>: The parties request a scheduling conference with the court before entry of the scheduling order.

  B. <u>Additional Parties, Claims and Defenses</u>: Plaintiff must join additional parties and amend the pleadings by September 15, 2006. Defendants will have until September 30, 2006 to join additional parties or defenses.

  C. <u>Dispositive Motions</u>: All potentially dispositive motions must be filed by December 15, 2006.

D.  Settlement: Settlement and the possibility for mediation cannot be evaluated until discovery has begun.

E.  Pretrial Conference: The parties request a final pretrial conference 30 days before trial.

F.  Trial Evidence: The final list of witnesses and trial evidence under Rule 26(a)(3) should be due 14 days before trial. The parties should have 5 days after service of the final lists of trial evidence to list objections under Rule 26(a)(3).

G.  Trial Date: The case should be ready for trial by March 15, 2007, and is expected to take approximately 3-4 days of trial time.

RESPECTFULLY SUBMITTED,

DATED:   March 28, 2006.

F. LANE FINCH, JR.
REGINALD L. JETER
Attorneys for Dimension D, LLC

**OF COUNSEL:**
Haskell Slaughter Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
(205) 251-1000

RESPECTFULLY SUBMITTED,

DATED:   March 28, 2006.

DAVID W. PROCTOR
MAX A. MOSELEY
Attorneys for Defendants

**OF COUNSEL:**
JOHNSTON BARTON PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
(205) 458-9400