

Haskell Slaughter Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
t. 205.251.1000 | f. 205.324.1133

F. Lane Finch, Jr.
Direct Dial: 205.254.1437
flf@hsy.com

August 16, 2005

**VIA FACSIMILE**
James F. Laboe
Orr & Reno
P.O. Box 3550
Concord, NH 03302

    Re:    *Dimension "D," L.L.C. v. Biomass Resources, Sunbury Software, et al.*
            HS File: 14064-001

Dear Jim:

    My client and I have reviewed the financial information which you supplied. Based on that information, it appears the past due amount (at 8% of gross) would be $37,096.50. Assuming similar revenues in the future and 8% of gross, the amount due over the next 16 months will be $29,351.98. The total amount would be $66,448.48.

    Shane Gaither is willing to settle for payments based on 6% of gross. He will accept $27,822.38 for past due payments plus future payments at the rate of 6% of gross (approximately $22,013.96). The past due amount is to be paid within 30 days and the future amounts will be payable quarterly, within 30 days of the end of each quarter. (Your client will also provide quarterly financial statements from its accountant to verify the accuracy of payments.)

    Alternatively, Mr. Gaither will accept a lump sum of $42,500.

    Under either option, Mr. Gaither will retain the right to use his algorithm.

    Please discuss this with your client and let me know if it is acceptable to him.

                              Sincerely,

                              F. Lane Finch, Jr.

FLF/rwb/432913
cc:    Shane Gaither