**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

March 30, 2006

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style: Dimension D. LLC vs. Greg True, et al**
**Case Number: 2:06cv113-SRW**

**Pleading : #18 - Order**

**Notice of Correction is being filed this date to advise that the referenced Order was docketed in the wrong case.**

**Therefore Order#18 is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.**